```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                               Case No. 20-00298-RNO
Chenell Nyree Ragin                                                  Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke               Page 1 of 1           Date Rcvd: Apr 07, 2020
                             Form ID: ntcnfhrg             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
```
db          +Chenell Nyree Ragin,    715 Franklin Ct,    East Stroudsburg, PA 18302-6673
5297649     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5295393     +Blue Ridge Communications,    PO Box 316,    Palmerton, PA 18071-0316
5295394     +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
5310847     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5295395     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
5295396     +Country Club of the Poconos,    1445 Big Ridge Dr,    East Stroudsburg, PA 18302-6786
5295398      First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5295399     +Geico,   5260 Western Avenue,    Chevy Chase, MD 20815-3799
5295400     +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
5295401     +Middle Smithfield Township,    147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5295402      New York State Taxation & Finance Department,     Harriman Campus Rd,    Albany, NY 12226
5295404     +Pennsylvania Department of Revenue,     PO Box 281041,    Harrisburg, PA 17128-1041
5295405     +Reliant Capital,    670 Cross Pointe Rd,    Columbus, OH 43230-6862
5295407     +Usd/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
5295408     +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5295397     +E-mail/PDF: creditonebknotifications@resurgent.com Apr 07 2020 20:37:43     Credit One Bank,
              585 S. Pilot Street,    Las Vegas, NV 89119-3619
5300084     +E-mail/PDF: cbp@onemainfinancial.com Apr 07 2020 20:37:28      Onemain,    PO Box 3251,
              Evansville, IN 47731-3251
5295403      E-mail/Text: cathy.plunkett@pennfoster.edu Apr 07 2020 20:19:56      Penn Foster,    925 Oak St,
              Scranton, PA 18515
5305678     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 20:38:32     PYOD, LLC,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5298019      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2020 20:20:29
              Pennsylvania Department of Revenue,    Bankruptcy Division,    PO BOX 280946,
              Harrisburg, PA 17128-0946
5315679     +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 07 2020 20:20:40     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5316902      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2020 20:38:36      Verizon,
              by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5295406       Tolls By Mail,   PO Box 15183
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 1 Chenell Nyree Ragin patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Chenell Nyree Ragin, fka Chenell Joseph, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 5:20–bk–00298–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes–Barre, PA 18701 | Date: June 3, 2020 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 7, 2020 |

ntcnfhrg (03/18)