```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 20-00298-RNO
Chenell Nyree Ragin                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5         User: AutoDocke            Page 1 of 1             Date Rcvd: Apr 09, 2020
                             Form ID: ntcnfhrg          Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
```
db              +Chenell Nyree Ragin,    715 Franklin Ct,    East Stroudsburg, PA 18302-6673
5297649         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5295393         +Blue Ridge Communications,    PO Box 316,    Palmerton, PA 18071-0316
5295394         +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
5310847         +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5295395         +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
5295396         +Country Club of the Poconos,    1445 Big Ridge Dr,    East Stroudsburg, PA 18302-6786
5295398          First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5295399         +Geico,    5260 Western Avenue,    Chevy Chase, MD 20815-3799
5295400         +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
5295401         +Middle Smithfield Township,    147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5295402          New York State Taxation & Finance Department,    Harriman Campus Rd,    Albany, NY 12226
5295404         +Pennsylvania Department of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
5295405         +Reliant Capital,    670 Cross Pointe Rd,    Columbus, OH 43230-6862
5295407         +Usd/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
5295408         +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5295394         +E-mail/Text: BKBCNMAIL@carringtonms.com Apr 09 2020 19:53:08      Carrington Mortgage Se,
                 1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
5310847         +E-mail/Text: BKBCNMAIL@carringtonms.com Apr 09 2020 19:53:08
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5295397         +E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2020 19:57:03      Credit One Bank,
                 585 S. Pilot Street,    Las Vegas, NV 89119-3619
5300084         +E-mail/PDF: cbp@onemainfinancial.com Apr 09 2020 19:57:21      Onemain,   PO Box 3251,
                 Evansville, IN 47731-3251
5295403          E-mail/Text: cathy.plunkett@pennfoster.edu Apr 09 2020 19:51:46      Penn Foster,   925 Oak St,
                 Scranton, PA 18515
5305678         +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2020 19:57:43      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5298019          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 19:53:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO BOX 280946,
                 Harrisburg, PA 17128-0946
5315679         +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 09 2020 19:53:47      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5316902          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2020 20:08:48      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5295406        Tolls By Mail,   PO Box 15183
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Patrick James Best     on behalf of Debtor 1 Chenell Nyree Ragin patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Chenell Nyree Ragin,<br>fka Chenell Joseph, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−00298−RNO |

## Amended Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 3, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JenniferMiscevich, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 9, 2020 |

ntcnfhrg (03/18)