# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chenell Nyree Ragin fka Chenell Joseph<br>　　　　　　　　Debtor(s)<br><br>BANK OF AMERICA, N.A.<br>　　　　　　　　Movant<br><br>vs.<br><br>Chenell Nyree Ragin fka Chenell Joseph<br>　　　　　　　　Respondent(s) | BK NO. 20-00298 RNO<br><br>Chapter 13<br><br>Hearing Date: 10/07/2020 |

## OBJECTION OF BANK OF AMERICA, N.A.
## TO CONFIRMATION OF CHAPTER 13 PLAN

BANK OF AMERICA, N.A. (hereinafter Movant), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. Movant's claim is secured by a mortgage on Debtor's property at 250 FRANKLIN COURT, EAST STROUDSBURG, PA 18301.

2. On March 10, 2020, Movant filed a secured proof of claim setting forth pre-petition arrears in the amount of $97,759.09.

3. Debtor's Plan provides for payment in the amount of $0.00 towards the arrearage claim of the Movant.

4. Debtor's Plan provides that Movant's arrears are to be paid through a loan modification.

5. Movant objects to the excessive length of time in which Debtors intend to attempt to obtain a loan modification.

6. Debtor's Plan understates the amount of the Movant's claim by $97,759.09, and does not provide sufficient funding to pay said claim including present value interest.

7. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Movant.

8. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Movant, BANK OF AMERICA, N.A., prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: September 16, 2020

By: **/s/ Rebecca A. Solarz, Esquire**
　　Rebecca A. Solarz, Esquire
　　KML Law Group, P.C.
　　BNY Mellon Independence Center
　　701 Market Street, Suite 5000
　　Philadelphia, PA  19106
　　215-627-1322
　　Attorney for Movant/Applicant