IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHENELL NYREE RAGIN | : | CHAPTER 13 |
| Debtors. | : | 20-00298-RNO |
| BANK OF AMERICA, N.A. | : | |
| Movant, | : | |
| v. | : | 11 U.S.C. §362 |
| CHENELL NYREE RAGIN and CHARLES J. DeHART, III | : | |
| Respondents | : | |

## WITHDRAWAL OF ANSWER TO MOTION FOR RELIEF

To the Clerk of Courts:

Kindly withdraw Debtor's Answer to the Motion for Relief consistent with the Debtor's confirmed Chapter 13 Plan.

Date: March 2, 2021

/s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Attorney for Debtor