In re:  
Chenell Nyree Ragin  
    Debtor

Case No. 20-00298-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: May 06, 2021     Form ID: ordsmiss     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chenell Nyree Ragin, 715 Franklin Ct, East Stroudsburg, PA 18302-6673 |
| 5297649 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5295393 | + | Blue Ridge Communications, PO Box 316, Palmerton, PA 18071-0316 |
| 5321847 | + | CCP PROPERTY OWNERS ASSOCIATION SOUTH, GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5295396 | + | Country Club of the Poconos, 1445 Big Ridge Dr, East Stroudsburg, PA 18302-6786 |
| 5295399 | + | Geico, 5260 Western Avenue, Chevy Chase, MD 20815-3799 |
| 5295401 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5295402 | | New York State Taxation & Finance Department, Harriman Campus Rd, Albany, NY 12226 |
| 5295404 | + | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 5295405 | + | Reliant Capital, 670 Cross Pointe Rd, Columbus, OH 43230-6862 |
| 5295407 | + | Usd/Glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5295394 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 06 2021 18:59:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |
| 5310847 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 06 2021 18:59:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5295395 | + | EDI: CITICORP.COM | May 06 2021 22:53:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 5295397 | + | Email/PDF: creditonebknotifications@resurgent.com | May 06 2021 19:17:03 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 5295398 | | EDI: AMINFOFP.COM | May 06 2021 22:53:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5295400 | + | EDI: IIC9.COM | May 06 2021 22:48:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5300084 | + | EDI: AGFINANCE.COM | May 06 2021 22:53:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 5295403 | | Email/Text: cathy.plunkett@pennfoster.edu | May 06 2021 18:59:00 | Penn Foster, 925 Oak St, Scranton, PA 18515 |
| 5305678 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2021 19:17:05 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5298019 | | EDI: PENNDEPTREV | May 06 2021 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5298019 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2021 18:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5315679 | + | EDI: JEFFERSONCAP.COM | May 06 2021 22:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| | | | | |
| --- | --- | --- | --- | --- |
| 5316902 | EDI: AIS.COM | May 06 2021 22:53:00 | 56302-7999 Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5295408 | + EDI: WFFC.COM | May 06 2021 22:53:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5295406 | | Tolls By Mail, PO Box 15183 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Patrick James Best | on behalf of Debtor 1 Chenell Nyree Ragin patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Chenell Nyree Ragin, fka Chenell Joseph, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−00298−HWV |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 6, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)